**STATE of Missouri, Respondent,**

v.

**Lonnie MOSS, Appellant.**

**No. ED 82717.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 25, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 13, 2004.

Application for Transfer Denied
Feb. 24, 2004.

Craig A. Sullivan, St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
John Munson Morris, III, Evan J. Buch-
heim, Asst. Attys. Gen., Jefferson City,
MO, for respondent.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL, JR., and
LAWRENCE E. MOONEY, JJ.

*ORDER*

PER CURIAM.

Lonnie Moss appeals from the trial
court's judgment upon his conviction of
second-degree robbery of a K–Mart store.
We have reviewed the briefs of the parties
and the record on appeal and conclude that
the judgment was supported by sufficient
evidence. *State v. McCoy,* 90 S.W.3d 503,
505 (Mo.App. E.D.2002). An extended
opinion would have no precedential value.
We have, however, provided a memoran-
dum setting forth the reasons for our deci-
sion to the parties for their use only. We
affirm the judgment pursuant to Missouri
Rule of Criminal Procedure 30.25(b).